Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AIC PAINTING CORPORATION, a California Corporation; MARK DALE BOHN, Individually and *dba* AIC PAINTING,<br><br>Defendants. | Case No: C11-0418 SI<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; [PROPOSED] ORDER THEREON**<br><br>Date:          May 13, 2011<br>Time:         2:30 p.m.<br>Ctrm:         10, 19th Floor<br>Judge:        The Honorable Susan Illston |

     Plaintiffs herein respectfully submit their Case Management Statement, requesting that the Case Management Conference, currently on calendar for May 13, 2011, be continued for approximately 60–90 days, as follows:

     1.     As the Court's records will reflect, a Complaint was filed in this action on January 28, 2011 for contributions due to the Trust Funds for work performed by Defendants' employees.

     2.     Defendants have requested a payment plan to satisfy the amounts due. Plaintiffs are currently drafting said payment plan which will be in the form of a Stipulated Judgment ("Stipulation"), and anticipate filing the Stipulation with the Court within approximately thirty (30) days.

     3.     Defendants have retained counsel, who has yet to appear. Plaintiffs agreed to

1 extend the time to respond in anticipation of resolving this matter.

2  4. There are no issues that need to be addressed at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for May 13, 2011, be continued for approximately 60–90 days to allow for the preparation, review, execution and filing of the Stipulation.

Dated: May 4, 2011

SALTZMAN & JOHNSON
LAW CORPORATION

By: /S/Michele R. Stafford
Michele R. Stafford
Attorneys for Plaintiffs

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to __August 12, 2011_____. All related deadlines are extended accordingly.

Date: 5/5/11

_____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

PROOF OF SERVICE

I, the undersigned, declare:

1. I am a citizen of the United States and am employed in the County of San Francisco, State of California. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

2. I am over the age of eighteen and not a party to this action.

3. May 4, 2011, I served the following document(s):

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; [PROPOSED] ORDER THEREON**

on the interested parties in said action by enclosing a true and exact copy of each document in a sealed envelope and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with First Class postage fully prepaid.

4. The envelope(s) were addressed and sent via First Class U.S. Mail as follows:

**Dawna J. Cilluffo, Esq.**
**DC Law**
**2005 De La Cruz Blvd., Suite 215**
**Santa Clara, California 95050**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 4th day of May, 2011, at San Francisco, California.

/S/ Vanessa de Fabrega
Vanessa de Fabrega
Paralegal