Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900 – Telephone
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>AIC PAINTING CORPORATION, a California Corporation; MARK DALE BOHN, Individually and *dba* AIC PAINTING,<br><br>    Defendants. | Case No:  C11-0418 SI<br><br>**JOINT REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE and JOINT CASE MANAGEMENT STATEMENT; [PROPOSED] ORDER THEREON**<br><br>Date:         December 9, 2011<br>Time:        3:00 p.m.<br>Ctrm:        10, 19th Floor<br>Judge:       The Honorable Susan Illston |

The parties herein respectfully submit their Joint Case Management Statement and joint request to continue the Case Management Conference, currently on calendar for December 9, 2011, for approximately 30 days.

1.    As the Court's records will reflect, a Complaint this action was filed on January 28, 2011, to compel Defendants' compliance with their obligations under the Collective Bargaining Agreement to which they are signatory.

2.    On two previous occasions, Defendants requested a payment plan to satisfy the amounts due, and on each occasion, Plaintiffs drafted such agreements which Defendants ultimately did not sign.

3.    After a long hiatus in communication, Defendants' counsel recently made a

settlement proposal which was reviewed by Plaintiffs. Plaintiffs provided a counter proposal and are waiting for Defendants' response thereto.

4. There are no issues that need to be addressed at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, the parties respectfully request that the Case Management Conference, currently scheduled for December 9, 2011, be continued for approximately 30 days to allow the parties to attempt settlement with the goal of resolving this matter without the further intervention of the Court, and for the preparation, review, and execution of a Judgment Pursuant to Stipulation if an agreement is reached. If an agreement is not reached and filed with the Court within that time, Plaintiffs will immediately proceed with preparation and filing of a Motion for Summary Judgment.

Respectfully submitted,

Dated: November 29, 2011                **SALTZMAN & JOHNSON**
                                        **LAW CORPORATION**

                                        By:  /S/Michele R. Stafford
                                             Michele R. Stafford
                                             Attorneys for Plaintiffs

Dated: November 29, 2011                **DC LAW**

                                             /S/Dawna Cilluffo
                                             Dawna Cilluffo
                                             Attorneys for Defendants

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to __1/20/12_____.

Date: __11/29/11_____        _____
                                THE HONORABLE SUSAN ILLSTON
                                UNITED STATES DISTRICT COURT JUDGE

-2-
JOINT CASE MANAGEMENT CONFERENCE STATEMENT
Case No.: C11-0418 SI
P:\CLIENTS\PATCL\AIC3\Pleadings\Complaint 2011\C11-0418 SI CMC Statement 112811.DOC