ROGER M. MASON, ESQ. (107486)
**SWEENEY, MASON, WILSON & BOSOMWORTH**
A Professional Law Corporation
983 University Avenue, Suite 104C
Los Gatos, CA 95032-7637
Telephone: (408) 356-3000
Facsimile: (408) 354-8839
Email: rmason@smwb.com

Attorneys for Defendant
AIC PAINTING CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.,<br><br>    Plaintiff,<br><br>v.<br><br>AIC PAINTING CORPORATION, a California Corporation; MARK DALE BOHN, individually and dba AIC PAINTING,<br><br>    Defendants. | CASE NO. C11-0418 SI<br><br>**SUBSTITUTION OF COUNSEL AND PROPOSED ORDER THEREON** |

　　　PLEASE TAKE NOTICE that Defendant AIC PAINTING CORPORATION hereby substitutes Sweeney, Mason, Wilson & Bosomworth, APC in place of Dawna J. Cilluffo, DC Law, APC, 2005 De La Cruz Blvd., Suite 215, Santa Clara, CA 95050.

　　　All pleadings, orders and notices should henceforth be served upon Roger M. Mason, Esq., Sweeney, Mason, Wilson & Bosomworth, 983 University Avenue, Suite 104C, Los Gatos, CA 95032, telephone (408) 356-3000, email rmason@smwb.com.

Dated: 12/28/2011　　　　　　　　　DC LAW, APC


　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DAWNA J. CILLUFFO, Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　AIC PAINTING CORPORATION

///

SUBSTITUTION OF COUNSEL AND PROPOSED ORDER THEREON　　　　1

1 | I consent to this substitution of counsel.

2 | Dated: <u>December 29, 2011</u>         SWEENEY, MASON, WILSON &
                                            BOSOMWORTH

4
                                            _____/s/_____
5                                           ROGER M. MASON, ESQ.
                                            AIC PAINTING CORPORATION

8 | IT IS SO ORDERED.

                                            _____[signature]_____
10 | Dated: ____1/4/12_____            JUDGE OF THE U.S. DISTRICT COURT

---

**SUBSTITUTION OF COUNSEL AND PROPOSED ORDER THEREON**                     2