```
 1  ROGER M. MASON, ESQ. (107486)
    SWEENEY, MASON, WILSON & BOSOMWORTH
 2  A Professional Law Corporation
    983 University Avenue, Suite 104C
 3  Los Gatos, CA 95032-7637
    Telephone:  (408) 356-3000
 4  Facsimile:  (408) 354-8839
    Email: rmason@smwb.com
 5
    Attorneys for Defendant
 6  MARK DALE BOHN, individually and
    dba AIC PAINTING
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al., | CASE NO. C11-0418 SI |
|---|---|
| Plaintiff, | **SUBSTITUTION OF COUNSEL AND PROPOSED ORDER THEREON** |
| v. | |
| AIC PAINTING CORPORATION, a California Corporation; MARK DALE BOHN, individually and dba AIC PAINTING, | |
| Defendants. | |

  PLEASE TAKE NOTICE that Defendant MARK DALE BOHN, individually and dba AIC PAINTING hereby substitutes Sweeney, Mason, Wilson & Bosomworth, APC in place of Dawna J. Cilluffo, DC Law, APC, 2005 De La Cruz Blvd., Suite 215, Santa Clara, CA 95050.

  All pleadings, orders and notices should henceforth be served upon Roger M. Mason, Esq., Sweeney, Mason, Wilson & Bosomworth, 983 University Avenue, Suite 104C, Los Gatos, CA 95032, telephone (408) 356-3000, email rmason@smwb.com.

Dated: 12/28/2011    DC LAW, APC

              _____
              DAWNA J. CILLUFFO, Attorneys for Defendant
              MARK DALE BOHN, individually
              and dba AIC PAINTING

I consent to this substitution of counsel.

Dated: December 29, 2011          SWEENEY, MASON, WILSON & BOSOMWORTH


                                  _____/s/_____
                                  ROGER M. MASON, ESQ.
                                  MARK DALE BOHN, individually
                                  and dba AIC PAINTING


IT IS SO ORDERED.

Dated: _____1/5/12_____    _____
                                  JUDGE OF THE U.S. DISTRICT COURT

**SUBSTITUTION OF COUNSEL AND PROPOSED ORDER THEREON**                    2