ROGER M. MASON, ESQ. (107486)
**SWEENEY, MASON, WILSON & BOSOMWORTH**
A Professional Law Corporation
983 University Avenue, Suite 104C
Los Gatos, CA 95032-7637
Telephone:   (408) 356-3000
Facsimile:    (408) 354-8839
Email: rmason@smwb.com

Attorneys for Defendant
MARK DALE BOHN, individually and
dba AIC PAINTING

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al., <br><br> Plaintiff, <br><br> v. <br><br> AIC PAINTING CORPORATION, a California Corporation; MARK DALE BOHN, individually and dba AIC PAINTING, <br><br> Defendants. | CASE NO. C11-0418 SI <br><br> **SUBSTITUTION OF COUNSEL AND PROPOSED ORDER THEREON** |

PLEASE TAKE NOTICE that Defendant MARK DALE BOHN, individually and dba AIC PAINTING hereby substitutes Sweeney, Mason, Wilson & Bosomworth, APC in place of Dawna J. Cilluffo, DC Law, APC, 2005 De La Cruz Blvd., Suite 215, Santa Clara, CA 95050.

All pleadings, orders and notices should henceforth be served upon Roger M. Mason, Esq., Sweeney, Mason, Wilson & Bosomworth, 983 University Avenue, Suite 104C, Los Gatos, CA 95032, telephone (408) 356-3000, email rmason@smwb.com.

Dated: 12/28/2011           DC LAW, APC

_____
DAWNA J. CILLUFFO, Attorneys for Defendant
MARK DALE BOHN, individually
and dba AIC PAINTING

1 | I consent to this substitution of counsel.

2 | Dated: December 29, 2011       SWEENEY, MASON, WILSON & BOSOMWORTH

  |                                 /s/
  |                                 ROGER M. MASON, ESQ.
  |                                 MARK DALE BOHN, individually
  |                                 and dba AIC PAINTING

  | IT IS SO ORDERED.

  | Dated:    1/5/12                _____
  |                                 JUDGE OF THE U.S. DISTRICT COURT

---

**SUBSTITUTION OF COUNSEL AND PROPOSED ORDER THEREON**                          2